JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

LAWRENCE GEORGE HASH,

Petitioner,

v.

KELLY SANTORO, Warden,

Respondent.

Case No. 5:20-cv-01074-RSWL (AFM)

**JUDGMENT**

    In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

    IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED:    5/28/2020

                        s/ RONALD S.W. LEW

                        RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE